IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
Case No. 1:22-cv-00899

| | |
|---|---|
| FREDERICK C. CROSCUT, on behalf of himself and all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>SYNGENTA CROP PROTECTION AG, SYNGENTA CORPORATION, SYNGENTA CROP PROTECTION, LLC, and CORTEVA, INC.,<br><br>*Defendants*. | **NOTICE OF SPECIAL APPEARANCE** |

**PLEASE TAKE NOTICE** that the undersigned, Rachel K. Sommer, a member of the bar of the Commonwealth of Pennsylvania and an attorney with Fine, Kaplan and Black, R.P.C., hereby enters her appearance as counsel for Plaintiff Frederick C. Croscut and the proposed class in the above-captioned matter, in association with Local Civil Rule 83.1(d) counsel, Gagan Gupta. I certify that I will submit any document to Local Civil Rule 83.1(d) counsel for review prior to filing the document with the court.

Respectfully submitted the 21st day of November, 2022.

 /s/ Rachel K. Sommer
Rachel K. Sommer (PA ID # 328375)
FINE KAPLAN AND BLACK, R.P.C.
One South Broad Street, 23rd Floor
Philadelphia, PA 19103
Telephone: (215) 567-6565
Facsimile: (215) 568-5872
rsommer@finekaplan.com

Gagan Gupta (NCSB # 53119)
PAYNTER LAW, PLLC
106 S. Churton Street, Suite 200
Hillsborough, NC 27278
Telephone: (919) 729-2149
ggupta@paynterlaw.com

*Counsel for Plaintiff Frederick C. Croscut*