IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
Case No. 1:22-cv-00899

| | |
|---|---|
| FREDERICK C. CROSCUT, on behalf of himself and all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>SYNGENTA CROP PROTECTION AG, SYNGENTA CORPORATION, SYNGENTA CROP PROTECTION, LLC, and CORTEVA, INC.,<br><br>*Defendants*. | NOTICE OF<br>SPECIAL APPEARANCE |

**PLEASE TAKE NOTICE** that the undersigned, Arthur N. Bailey, a member of the bar of the State of New York and an attorney with Rupp Baase Pfalzgraf Cunningham, LLC, hereby enters his notice of special appearance as counsel for Plaintiff Frederick C. Croscut and the proposed class in the above-captioned matter, in association with Local Civil Rule 83.1(d) counsel, Gagan Gupta.

I certify that I will submit any document to Local Civil Rule 83.1(d) counsel for review prior to filing the document with the court.

Respectfully submitted this 21st day of November, 2022.

/s/ *Arthur N. Bailey*
Arthur N. Bailey (NY ID # 1244102)
RUPP BAASE PFALZGRAF
CUNNINGHAM, LLC
111 W. 2nd St., Suite 1100
Jamestown, New York 14701 Telephone:
(716) 664-2967
Facsimile: (716) 664-2983
bailey@ruppbaase.com

*/s/ Gagan Gupta*
Gagan Gupta (NCSB #: 53119)
PAYNTER LAW, PLLC
106 S. Churton Street, Suite 200
Hillsborough, NC 27278
Telephone: (919) 797-9506
ggupta@paynterlaw.com

*Counsel for Plaintiff Frederick C. Croscut*